# City of Franklin, Appellant, *v.* The Public Service Commission.

Argued April 14, 1920.    Appeal, No. 109, April T., 1920, by City of Franklin, from the report and order of the Public Service Commission, complaint No. 1438, 1917, in the case of the City of Franklin v. The Public Service Commission, on appeal, the United Natural Gas Company, intervener.    Before PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ.    Affirmed.

OPINION BY LINN, J., July 14, 1920:

For the reasons stated in Vernon Township v. Public Service Commission, No. 103, April Term, 1920, ante p. 54, the order of the Public Service Commission in this case is affirmed, costs to be paid by appellant.

HENDERSON, J., dissents.